UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
OXANA KAITOVA,                                              :
                                                            :
                    Plaintiff,                              :
                                                            :
         -against-                                          :    **ORDER**
                                                            :    14 CV 2945 (RMB) (KNF)
RESTAURANT 597, INC. d/b/a BUS STOP                         :
CAFÉ and ANASTASIOS HATZIIAONNIDIS                          :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/14

The Court has considered: (a) the defendants' request, presumably pursuant to Fed. R. Civ. P. 37(a)(3)(B)(i), for an order directing a continued deposition of the plaintiff at which the plaintiff must answer questions to which she raised objections during her September 30, 2014 deposition; and (b) the plaintiff's opposition to the request. As a result, the Court has determined to grant the defendants' request. Therefore,

IT IS HEREBY ORDERED that the plaintiff's deposition resume and that she answer the question(s) posed by the defendants' counsel pertaining to her reporting of self-employment to the New York State Department of Labor.

Dated: New York, New York               SO ORDERED:
       November 25, 2014

                                        _____
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE