UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
OXANA KAITOVA,

                              Plaintiffs,         **STIPULATION OF DISMISS-**
                                                               **AL WITH PREJUDICE**

        -against-

                                                            14 Civ. 2945 (RMB)(KNF)

RESTAURANT 597, INC., d/b/a BUS
STOP CAFÉ and ANASTASIOS
HATZIIOANNIDIS

                              Defendants.
----------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff and defendants that the above-captioned action is dismissed with prejudice as to all parties.

Dated: New York, New York
           December 2?, 2014

                                                LAW OFFICE OF FINN W.
                                                DUSENBERY

                                       By: _/s/ Finn Dusenbery_
                                                Finn W. Dusenbery
                                                Attorney for Plaintiff
                                                175 Varick Street
                                                New York, NY 10014
                                                (646) 732-4376
                                                finn@dusenberylaw.com

                                                RAFF & BECKER, LLP

                                       By: _/s/ Robert L. Becker_
                                                Robert L. Becker

Attorneys for Defendants
470 Park Avenue South
3rd Floor North
New York, NY 10016
(212) 732-5400
beckerr@raffbecker.com